JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>1925 1ST STREET INVESTMENT LLC,<br><br>　　　　Defendant. | Case No. CV 24-7859 FMO (JCx)<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of November, 2024.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Judge